UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROYAL STREET COMMUNICATIONS,
LLC,

    Plaintiff,

v.                                  CASE NO: 8:06-cv-1754-T-23TBM

LEAP WIRELESS INTERNATIONAL,
INC, et al,

    Defendants.
_____/

## **ORDER**

The plaintiff requests (Doc. 28) leave to respond to the defendants' notice of supplemental authority (Doc. 26). However, the plaintiff fails to comply with Local Rule 3.01(d), which requires, "[a] motion for leave to file . . . a reply or further memorandum . . . shall specify the length of the proposed filing." Whether the plaintiff intends to file contradictory supplemental authority or an argumentative written response also remains unclear. Accordingly, the plaintiff's motion (Doc. 28) is **DENIED WITHOUT PREJUDICE** to re-filing in compliance with the Local Rules and this order.

ORDERED in Tampa, Florida, on December 15, 2006.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge